## SHAW COAL COMPANY *v.* KOEHLER.

[No. 12,628.    Filed February 4, 1927.]

From Warrick Circuit Court; *Caleb J. Lindsey,* Judge.

Action between the Shaw Coal Company and William Koehler. From the judgment rendered, the former appeals.  *Affirmed.*  By the court in banc.

*W. T. Zerr* and *C. A. Johnson,* for appellant.
*James W. Davis,* for appellee.

NICHOLS, J.—A judgment was secured by appellee on an alleged final award of the Indiana Industrial Board in the circuit court of Warrick county while, as appellant contends, appellee's case was pending before such board.  An execution was issued on the judgment.  Appellant filed a motion for relief from the judgment and to quash the execution, to which appellee's demurrer was sustained.  This ruling is assigned as error.

Appellee in its brief called appellant's attention to the fact that no question was presented by appellant.  Appellant has taken no steps to meet this objection.

Judgment affirmed.

Dausman, J., absent.

---

## BOARD OF COMMISSIONERS OF MARION COUNTY *v.* HARCOURT, ADMINISTRATRIX.

[No. 12,054.    Filed November 18, 1926.    Rehearing denied February 17, 1927.]

From Marion Superior Court (2,360); *James M. Leathers,* Judge.

Action between the Board of Commissioners of Marion County and Mary E. Harcourt.  From the judgment rendered, the former appeals.  *Affirmed.*  By the court in banc.

*Russel J. Ryan, William A. Hough, Willis C. Nusbaum* and *Schuyler A. Haas,* for appellant.
*William Bosson,* for appellee.

PER CURIAM.—Judgment affirmed.